**Order entered March 31, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01128-CV

### THE BOARD OF ADJUSTMENT OF THE CITY OF UNIVERSITY PARK, TEXAS, Appellant

### V.

### LEGACY HILLCREST INVESTMENTS, LTD., Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-15353**

## ORDER

We **GRANT** appellant's March 27, 2014 unopposed motion for an extension of time to file a reply brief.  Appellant shall file its reply brief on or before May 8, 2014.

/s/     ADA BROWN
            JUSTICE